NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMY D. VAUGHN, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:07-cv-00176-JWS <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, through counsel, stipulate that this case shall be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1). The parties agree to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED May 15, 2008 in Anchorage, Alaska.

                                            NELSON P. COHEN
                                            United States Attorney

Dated: May 15, 2008                s/ Susan J. Lindquist
                                            Assistant U. S. Attorney
                                            222 West 7th Ave., #9, Rm. 253
                                            Anchorage, AK 99513-7567
                                            Phone: (907) 271-3378
                                            Fax: (907) 271-2344
                                            E-mail: susan.lindquist@usdoj.gov
                                            AK #9008053

                                            ANGSTMAN LAW OFFICE
                                            Attorney for Plaintiff

Dated: May 15, 2008                s/Matthew Widmer (consent)
                                            ANGSTMAN LAW OFFICE
                                            PO Box 585
                                            Bethal, AK 99559
                                            Phone: (907) 543-2972
                                            Fax: (907) 543-3394
                                            Email: angstmanadmin@alaska.com