IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| AMY D. VAUGHN | ) Case No. 3:07-cv-00176-JWS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER TO DISMISS WITH** |
| | ) **PREJUDICE** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, the above-captioned case is dismissed with prejudice, with each party to bears its own costs, expenses, and fees.

Date: 5/20/2008           /s/ JOHN W. SEDWICK
                          United States District Court Judge